# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McLaughlin, Mary A. | U.S. District Court - EDPA | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior | ☐ Nomination    Date <br> ☐ Initial   ✔ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Celgene Corporation - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash - Schwab | A | Int./Div. | J | T | | | | | |
| 2. Vanguard 500 Index (IRA) | D | Dividend | N | T | Buy (add'l) | 10/17/13 | K | | |
| 3. T.Rowe Price Mid Cap (IRA) | C | Dividend | L | T | | | | | |
| 4. Pimco Total Return (IRA) | D | Int./Div. | | | Sold | 10/17/13 | N | E | |
| 5. Acadian Emerging Markets (IRA) | A | Dividend | K | T | | | | | |
| 6. Pimco Low Duration (IRA) | B | Int./Div. | P1 | T | Buy | 10/17/13 | N | | |
| 7. Thornburg International Value (IRA) | B | Dividend | M | T | | | | | |
| 8. Cash - Schwab (IRA) | A | Int./Div. | K | T | | | | | |
| 9. TIAA Guaranteed (IRA) (X) | A | Interest | J | T | | | | | |
| 10. TIAA Real Estate (IRA) (X) | D | Int./Div. | M | T | | | | | |
| 11. TIAA Cash (IRA) (X) | A | Int./Div. | J | T | | | | | |
| 12. Celgene Co. Stock (401k) (X) | A | Dividend | J | T | Buy | 03/31/13 | J | | |
| 13. T. Rowe Price Retirement 2020 (401k) (X) | B | Dividend | K | T | Buy (add'l) | 03/31/13 | K | | |
| 14. T. Rowe Price Personal Strategy Balanced Fund (401k) (X) | B | Dividend | K | T | | | | | |
| 15. Cash - Schwab ▮▮▮ Account (X) | A | Int./Div. | J | T | | | | | |
| 16. Schwab S&P 500 Index (X) | C | Dividend | M | T | | | | | |
| 17. Vanguard Total Stock Market Index (X) | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Goldman Sachs Corporate Bonds Zero Coupon (X) | | None | L | T | | | | | |
| 19. Morgan Stanley Corporate Bond Zero Coupon (X) | | None | K | T | | | | | |
| 20. Wells Fargo Bank Corporate Bond Zero Coupon (X) | | None | K | T | | | | | |
| 21. AQR Multi Strategy Fund (X) | C | Dividend | L | T | | | | | |
| 22. Artisan International (X) | A | Dividend | L | T | | | | | |
| 23. DFA INTL Small Co (X) | D | Dividend | M | T | | | | | |
| 24. DFA US Large Co (X) | C | Dividend | M | T | Sold (part) | 03/27/13 | K | C | |
| 25. DFA US Small Cap Value (X) | D | Dividend | M | T | | | | | |
| 26. Dodge & Cox INTL Stock (X) | B | Dividend | L | T | | | | | |
| 27. Harbor International (X) | B | Dividend | L | T | | | | | |
| 28. Longleaf Partners Fund (X) | D | Dividend | K | T | | | | | |
| 29. Mainstay Marketfield (X) | A | Dividend | M | T | Buy | 03/18/13 | M | | |
| 30. Primecap Odyssey Growth (X) | C | Dividend | M | T | Sold (part) | 03/27/13 | K | C | |
| 31. Schwab S&P 500 (X) | D | Dividend | N | T | Sold (part) | 03/26/13 | K | C | |
| 32. Schwab Small Cap Index (X) | A | Dividend | K | T | Sold (part) | 03/27/13 | J | B | |
| 33. Turner Mid Cap Growth (X) | E | Distribution | M | T | Buy (add'l) | 04/16/13 | J | | |
| 34. William Blair INTL Growth (X) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan ETF (X) | B | Dividend | L | T | Buy | 03/25/13 | L | | |
| 36. Vanguard FTSE (X) | B | Dividend | L | T | Buy (add'l) | 04/02/13 | K | | |
| 37. Vanguard Small Cap Growth (x) | A | Dividend | M | T | | | | | |
| 38. 22,000 Capital One Financial Corp Bonds (x) | B | Interest | K | T | | | | | |
| 39. 50,000 Citigroup Bonds (x) | B | Interest | L | T | | | | | |
| 40. 46,000 Citigroup Bonds (x) | A | Interest | K | T | Buy | 11/15/13 | K | | |
| 41. 51,000 Goldman Sachs Group Bonds (X) | B | Interest | L | T | | | | | |
| 42. 46,000 Hewlett Packard Bonds (X) | C | Interest | K | T | | | | | |
| 43. 50,000 JP Morgan Bonds (X) | A | Interest | L | T | | | | | |
| 44. 49,000 Morgan Stanley Bonds (X) | B | Interest | L | T | Buy | 06/04/13 | L | | |
| 45. 50,000 Verizon Communication Bonds (X) | B | Interest | L | T | Buy | 09/18/13 | L | | |
| 46. 50,000 CA ST GO Bonds (X) | C | Interest | L | T | | | | | |
| 47. 110,000 Chicago Ill GO Bonds (X) | D | Interest | M | T | | | | | |
| 48. 145,000 Citizens PPTY INS Corp Bonds (X) | D | Interest | M | T | | | | | |
| 49. 75,000 Clark CNTY Nev Bonds (X) | C | Interest | L | T | | | | | |
| 50. 110,000 Clark CNTY Nev Bonds (X) | D | Interest | M | T | | | | | |
| 51. 245,000 Energy NW Wash Electric Bonds (X) | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 105,000 FL Hurricane Cat Bonds (X) | D | Interest | M | T | | | | | |
| 53. 110,000 IL St GO Bonds (X) | D | Interest | M | T | | | | | |
| 54. 40,000 Kentucky ECON Dev Bonds (X) | B | Interest | K | T | | | | | |
| 55. 165,000 MA Dept of Trans Bonds (X) | D | Interest | M | T | | | | | |
| 56. 245,000 Metro Trans Auth NY Bonds (X) | D | Interest | N | T | | | | | |
| 57. 320,000 Metro Trans Auth NY Bonds (X) | E | Interest | N | T | | | | | |
| 58. 180,000 Metro Trans Auth NY Bonds (X) | D | Interest | M | T | | | | | |
| 59. 335,000 NY ST Thruway NY Bonds (X) | E | Interest | N | T | | | | | |
| 60. 200,000 Nassau CNTY NY Bonds(X) | C | Interest | M | T | Buy | 12/06/13 | M | | |
| 61. 135,000 NJ Econ Dev Bond (X) | D | Interest | M | T | | | | | |
| 62. 105,000 NYC Muni Water Bond (X) | D | Interest | M | T | | | | | |
| 63. 215,000 NYC Transitional Future Tax Bond (X) | D | Interest | M | T | Buy | 08/21/13 | M | | |
| 64. 250,000 NYC Muni Woater Bond (X) | D | Interest | N | T | | | | | |
| 65. 365,000 NY NY GO Bonds (X) | E | Interest | N | T | Buy | 01/03/13 | N | | |
| 66. 300,000 NY GO Bonds (X) | D | Interest | N | T | Buy | 03/01/13 | N | | |
| 67. 300,000 NYC Transitional Future Tax Bonds (X) | D | Interest | N | T | Buy | 04/18/13 | N | | |
| 68. 330,000 NYC Transitional Future Tax Bonds (X) | E | Interest | N | T | Buy | 04/18/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 225,000 NY State Dorm Bonds (X) | D | Interest | N | T | Buy | 08/01/13 | N | | |
| 70. 330,000 NY St Dorm Bonds (X) | E | Interest | N | T | | | | | |
| 71. 240,000 NY ST Environmental Bonds (X) | D | Interest | N | T | Buy | 07/01/13 | N | | |
| 72. 270,000 NY ST Environmental Bonds (X) | D | Interest | N | T | Buy | 08/01/13 | N | | |
| 73. 130,000 NY ST TWY Auth Bonds (X) | D | Interest | M | T | | | | | |
| 74. 275,000 NY ST Urban Dev Corp Bonds (X) | D | Interest | N | T | Buy | 01/15/13 | N | | |
| 75. 120,000 NC East Muni PWR Bonds (X) | D | Interest | M | T | | | | | |
| 76. 205,000 Ohio St Common Bonds (X) | D | Interest | M | T | | | | | |
| 77. 105,000 Phila PA ARPT Rev Bonds (X) | D | Interest | M | T | | | | | |
| 78. 70,000 Pitt PA Bonds (X) | C | Interest | L | T | | | | | |
| 79. 150,000 Port Auth NY/NJ Bonds (X) | D | Interest | M | T | | | | | |
| 80. 255,000 Port Auth NY/NJ Bonds (X) | D | Interest | N | T | Buy | 02/06/13 | N | | |
| 81. 45,000 Puerto Rico Bonds (X) | C | Interest | K | T | | | | | |
| 82. 165,000 Puerto Rico Electric (X) | A | Interest | | | Redeemed | 07/01/13 | M | A | |
| 83. 120,000 Puerto Rico Bond (X) | D | Interest | L | T | | | | | |
| 84. 100,000 Puerto Rico Bond (X) | D | Interest | L | T | Buy | 01/07/13 | M | | |
| 85. 70,000 Colorado Bond (X) | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 105,000 San Fran CA Bond (X) | D | Interest | M | T | | | | | |
| 87. 55,000 San Fran CA Bond (X) | C | Interest | L | T | | | | | |
| 88. 135,000 Sarasota FL Bond (X) | D | Interest | M | T | | | | | |
| 89. 280,000 Tobacco Bond (X) | D | Interest | N | T | Buy | 11/06/13 | N | | |
| 90. 325,000 Triborough Bridge Bond (X) | E | Interest | N | T | | | | | |
| 91. 160,000 Triborough Bridge Bond (X) | D | Interest | M | T | Buy | 01/07/13 | M | | |
| 92. 110,000 Yonkers NY Bond (X) | D | Interest | M | T | Buy | 06/18/13 | M | | |
| 93. Alliance Bernstein Municipal Bond Mutual Fund (X) | E | Int./Div. | P1 | T | | | | | |
| 94. Sanford Bernstein Muni Account Cash (X) | A | Interest | L | T | | | | | |
| 95. Aetna (X) | A | Dividend | J | T | Buy | 04/08/13 | J | | |
| 96. AIG (X) | A | Dividend | K | T | Buy | 04/24/13 | J | | |
| 97. Altria Group (X) | A | Dividend | | | Sold | 06/06/13 | J | B | |
| 98. Abercrombie & Fitch (X) | A | Dividend | | | Buy | 07/08/13 | J | | |
| 99. Abercrombie & Fitch (X) | | None | | | Sold | 10/09/13 | J | B | |
| 100. Applied Materials (X) | A | Dividend | J | T | Sold (part) | 02/11/13 | J | B | |
| 101. AT&T (X) | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 102. Bank of America (X) | A | Dividend | K | T | Buy | 01/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brown & Brown (X) | A | Dividend | | | Buy | 06/19/13 | J | | |
| 104. Brown & Brown (X) | | None | | | Sold | 11/12/13 | J | A | |
| 105. Capital One Financial (X) | A | Dividend | K | T | Buy | 03/06/13 | K | | |
| 106. Chubb Corp. (X) | A | Dividend | J | T | Buy | 02/04/13 | J | | |
| 107. CIT Group (X) | A | Dividend | K | T | | | | | |
| 108. Citigroup Inc. (X) | A | Dividend | K | T | Sold (part) | 03/21/13 | J | A | |
| 109. Cummins Inc. (X) | A | Dividend | | | Sold | 06/28/13 | J | A | |
| 110. Delta Air (X) | A | Dividend | J | T | Sold (part) | 02/26/13 | J | A | |
| 111. Diamond Offshore (X) | A | Dividend | | | Sold | 09/04/13 | J | A | |
| 112. Discover Financial (X) | A | Dividend | K | T | | | | | |
| 113. E Trade Financial (X) | A | Dividend | J | T | Buy | 08/05/13 | J | | |
| 114. Edison International (X) | A | Dividend | J | T | Buy (add'l) | 08/20/13 | J | | |
| 115. Electronic Arts (X) | A | Dividend | J | T | Buy | 02/15/13 | J | | |
| 116. Everest Group (X) | A | Dividend | J | T | Buy | 02/15/13 | J | | |
| 117. Exxon Mobil (X) | A | Dividend | J | T | Buy (add'l) | 02/15/13 | J | | |
| 118. Exxon Mobil (X) | | None | | | Sold (part) | 04/24/13 | K | A | |
| 119. Fidelity National Financial (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Flowserve Corp (X) | A | Dividend | J | T | Sold (part) | 02/19/13 | J | A | |
| 121. Ford Motor Co (X) | A | Dividend | J | T | | | | | |
| 122. Gamestop Corp (X) | A | Dividend | J | T | Sold (part) | 06/25/13 | J | B | |
| 123. Gannett Co (X) | A | Dividend | J | T | Sold (part) | 04/08/13 | J | A | |
| 124. Gannett Co (X) | | None | | | Buy (add'l) | 07/09/13 | J | | |
| 125. Genworth Financial (X) | | None | J | T | Buy | 03/25/13 | J | | |
| 126. Halliburton Company (X) | A | Dividend | J | T | Buy | 02/20/13 | J | | |
| 127. Harris Corp (X) | A | Dividend | J | T | | | | | |
| 128. Health Net Inc (X) | A | Dividend | J | T | | | | | |
| 129. Helmerich & Payne (X) | A | Dividend | | | Sold | 05/23/13 | J | B | |
| 130. Hewlett Packard (X) | A | Dividend | J | T | Sold (part) | 06/14/13 | J | A | |
| 131. Huntsman Corp (X) | A | Dividend | J | T | Buy | 02/28/13 | J | | |
| 132. Illinois Tool Works (X) | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 133. JP Morgan Chase (X) | A | Dividend | | | Buy (add'l) | 02/05/13 | J | | |
| 134. JP Morgan Chase (X) | | None | | | Sold | 07/06/13 | J | A | |
| 135. Kroger Co (X) | A | Dividend | | | Sold | 06/06/13 | J | B | |
| 136. Lear Corporation (X) | A | Dividend | K | T | Sold (part) | 03/08/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Liberty Global (X) | A | Dividend | J | T | Buy | 06/12/13 | J | | |
| 138. Lincoln National (X) | A | Dividend | J | T | Buy | 07/17/13 | J | | |
| 139. Lyondellbasell Industr (X) | A | Dividend | K | T | Buy (add'l) | 02/26/13 | J | | |
| 140. Macys Inc (X) | A | Dividend | | | Sold | 07/02/13 | J | B | |
| 141. Marathon Pete Corp (X) | A | Dividend | K | T | Buy | 02/08/13 | K | | |
| 142. Medtronic Inc (X) | A | Dividend | K | T | Buy (add'l) | 07/02/13 | J | | |
| 143. MGM Resorts (X) | A | Dividend | J | T | Sold (part) | 01/31/13 | J | B | |
| 144. Micron Technology (X) | A | Dividend | J | T | Sold (part) | 03/15/13 | J | A | |
| 145. Morgan Stanley (X) | A | Dividend | | | Sold | 07/03/13 | J | C | |
| 146. NV Energy Inc (X) | A | Dividend | | | Sold | 07/15/13 | J | C | |
| 147. Occidental Pete (X) | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 148. Partnerre Ltd (X) | A | Dividend | K | T | Buy (add'l) | 02/19/13 | J | | |
| 149. Pfizer (X) | B | Dividend | K | T | | | | | |
| 150. Philip Morris (X) | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 151. Philip Morris (X) | | None | | | Sold (part) | 02/04/13 | J | A | |
| 152. Pultergroup Inc (X) | A | Dividend | J | T | Buy (add'l) | 07/19/13 | J | | |
| 153. Regal Entertainment (X) | A | Dividend | J | T | Buy | 05/24/13 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Rock-Tenn Co (X) | A | Dividend | J | T | Buy | 04/17/13 | J | | |
| 155. Rock-Tenn Co (X) | | None | | | Sold (part) | 11/25/13 | J | A | |
| 156. Royal Dutch Shell (X) | A | Dividend | | | Buy (add'l) | 07/05/13 | J | | |
| 157. Royal Dutch Shell (X) | | None | | | Sold | 10/11/13 | J | A | |
| 158. State Street (X) | A | Dividend | | | Sold | 06/12/13 | J | B | |
| 159. Taiwan Semiconductor (X) | A | Dividend | | | Buy | 04/23/13 | J | | |
| 160. Taiwan Semiconductor (X) | | None | | | Sold | 08/08/13 | J | A | |
| 161. Time Warner Cable (X) | A | Dividend | | | Sold | 08/02/13 | J | A | |
| 162. Timken Co (X) | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 163. TJX Co (X) | A | Dividend | K | T | Buy (add'l) | 04/09/13 | J | | |
| 164. Transocean | A | Dividend | | | Sold | 06/07/13 | J | A | |
| 165. TRW Automotive (X) | A | Dividend | J | T | | | | | |
| 166. Tyson Foods (X) | A | Dividend | J | T | Sold (part) | 05/14/13 | J | B | |
| 167. Valero Energy (X) | A | Dividend | K | T | Buy (add'l) | 02/14/13 | J | | |
| 168. Validus Holdings (X) | A | Dividend | | | Sold | 05/23/13 | J | A | |
| 169. Vertex Pharm (X) | A | Dividend | J | T | Sold (part) | 04/25/13 | J | A | |
| 170. Viacom (X) | A | Dividend | J | T | Sold (part) | 08/20/13 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Virgin Media (X) | A | Dividend | | | Buy | 05/02/13 | J | | |
| 172. Virgin Media (X) | | None | | | Sold | 06/10/13 | J | A | |
| 173. Vodafone Group (X) | A | Dividend | J | T | Buy | 04/03/13 | J | | |
| 174. Wellpoint (X) | A | Dividend | K | T | | | | | |
| 175. Wells Fargo (X) | A | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |
| 176. Affiliated Managers Group (X) | A | Dividend | J | T | Sold (part) | 07/25/13 | J | A | |
| 177. Allergan Inc (X) | A | Dividend | J | T | Buy (add'l) | 05/09/13 | J | | |
| 178. Allergan Inc (X) | | None | | | Sold (part) | 07/24/13 | J | A | |
| 179. Amazon.com (X) | A | Dividend | J | T | Buy (add'l) | 01/31/13 | J | | |
| 180. Amphenol Corp (X) | A | Dividend | J | T | Buy | 02/11/13 | J | | |
| 181. Ansys Inc (X) | A | Dividend | J | T | Buy (add'l) | 04/23/13 | J | | |
| 182. Apple (X) | A | Dividend | J | T | Sold (part) | 02/28/13 | J | A | |
| 183. Axiall Corp (X) | A | Dividend | | | Buy | 05/23/13 | J | | |
| 184. Axiall Corp (X) | | None | | | Sold | 05/23/13 | J | A | |
| 185. Biogen (X) | A | Dividend | J | T | Sold (part) | 09/06/13 | J | A | |
| 186. Blackrock (X) | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 187. Boeing (X) | A | Dividend | J | T | Sold (part) | 01/30/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Boeing (X) | | None | | | Buy (add'l) | 04/25/13 | J | | |
| 189. Celgene Corp (X) | A | Dividend | J | T | | | | | |
| 190. Chipotle Mexican Grill (X) | A | Dividend | J | T | Sold (part) | 01/03/13 | J | A | |
| 191. Citrix Systems (X) | A | Dividend | J | T | Buy | 02/25/13 | J | | |
| 192. Cognizant Tech (X) | A | Dividend | J | T | Buy (add'l) | 04/24/13 | J | | |
| 193. Comcast (X) | A | Dividend | J | T | Sold (part) | 01/31/13 | J | A | |
| 194. Comcast (X) | | None | | | Buy (add'l) | 07/17/13 | J | | |
| 195. Copa Holdings (X) | A | Dividend | J | T | Buy | 07/03/13 | J | | |
| 196. Costco (X) | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 197. Danaher (X) | A | Dividend | J | T | Sold (part) | 06/06/13 | J | A | |
| 198. Ebay (X) | A | Dividend | J | T | Buy (add'l) | 03/14/13 | J | | |
| 199. Ebay (X) | | None | | | Sold (part) | 06/04/13 | J | A | |
| 200. EMC Corp (X) | A | Dividend | | | Sold | 06/06/13 | J | A | |
| 201. EMC Corp (X) | A | Dividend | | | Buy | 07/24/13 | J | | |
| 202. EMC Corp (X) | A | Dividend | | | Sold | 10/23/13 | J | A | |
| 203. Estee Lauder (X) | A | Dividend | J | T | Sold (part) | 04/29/13 | J | A | |
| 204. Facebook (X) | A | Dividend | J | T | Buy (add'l) | 04/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Gilead Sciences (X) | A | Dividend | J | T | Buy (add'l) | 06/18/13 | J | | |
| 206. Google (X) | A | Dividend | J | T | | | | | |
| 207. Green Mountain Coffee (X) | A | Dividend | J | T | Buy | 03/01/13 | J | | |
| 208. Harley Davidson (X) | A | Dividend | J | T | Buy (add'l) | 02/05/13 | J | | |
| 209. Harley Davidson (X) | | None | | | Sold (part) | 06/13/13 | J | A | |
| 210. Helix Energy (X) | A | Dividend | | | Buy | 02/07/13 | J | | |
| 211. Helix Energy (X) | A | Dividend | | | Sold | 10/17/13 | J | A | |
| 212. Hershey Company (X) | A | Dividend | J | T | Sold (part) | 08/19/13 | J | A | |
| 213. Illumina Inc (X) | A | Dividend | J | T | Buy (add'l) | 06/25/13 | J | | |
| 214. Intercontinental Exchange (X) | A | Dividend | J | T | Sold (part) | 08/05/13 | J | A | |
| 215. Intuitive Surgical (X) | A | Dividend | J | T | Buy (add'l) | 04/19/13 | J | | |
| 216. Liberty Media Corp (X) | A | Dividend | J | T | Buy (add'l) | 06/12/13 | J | | |
| 217. LinkedIn (X) | A | Dividend | J | T | Sold (part) | 04/19/13 | J | A | |
| 218. LKQ Corp (X) | A | Dividend | J | T | Buy | 08/12/13 | J | | |
| 219. McKesson Corp (X) | A | Dividend | J | T | Sold (part) | 04/03/13 | J | A | |
| 220. Mettler-Toledo (X) | A | Dividend | J | T | Buy | 04/03/13 | J | | |
| 221. Michael Kors (X) | A | Dividend | J | T | Buy | 07/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Monsanto Co (X) | A | Dividend | J | T | Buy (add'l) | 02/22/13 | J | | |
| 223. Noble Energy (X) | A | Dividend | J | T | Sold (part) | 04/04/13 | J | A | |
| 224. O'Reilly Automotive (X) | A | Dividend | J | T | | | | | |
| 225. Oceaneering Int'l (X) | A | Dividend | J | T | Sold (part) | 05/23/13 | J | A | |
| 226. Philip Morris (X) | A | Dividend | J | T | Sold (part) | 02/04/13 | J | A | |
| 227. Polaris Industries (X) | A | Dividend | J | T | Buy | 08/09/13 | J | | |
| 228. Precision Castparts (X) | A | Dividend | J | T | Sold (part) | 07/25/13 | J | B | |
| 229. Priceline.com (X) | A | Dividend | J | T | Buy (add'l) | 03/01/13 | J | | |
| 230. Qualcomm Inc (X) | A | Dividend | J | T | Sold (part) | 04/02/13 | J | A | |
| 231. Quintiles Trans (X) | A | Dividend | J | T | Buy | 05/23/13 | J | | |
| 232. Rackspace Hosting (X) | A | Dividend | | | Sold | 06/11/13 | J | A | |
| 233. Red Hat (X) | A | Dividend | | | Sold | 09/26/13 | J | A | |
| 234. Roper Industries (X) | A | Dividend | | | Sold | 05/20/13 | J | A | |
| 235. Schlumberger Ltd (X) | A | Dividend | J | T | Sold (part) | 01/30/13 | J | A | |
| 236. Schlumberger Ltd (X) | | None | | | Buy (add'l) | 07/23/13 | J | | |
| 237. Sensata Tech (X) | A | Dividend | J | T | Buy | 06/20/13 | J | | |
| 238. Solarwinds (X) | A | Dividend | | | Buy | 02/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 20

Name of Person Reporting

McLaughlin, Mary A.

Date of Report

05/13/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Solarwinds (X) | A | Dividend | | | Sold | 07/02/13 | J | A | |
| 240. Starbucks (X) | A | Dividend | J | T | Sold (part) | 04/01/13 | J | A | |
| 241. Stericycle (X) | A | Dividend | J | T | Buy | 02/21/13 | J | | |
| 242. Trimble Navigation (X) | A | Dividend | J | T | Sold (part) | 05/14/13 | J | A | |
| 243. Trimble Navigation (X) | | None | | | Buy (add'l) | 02/01/13 | J | | |
| 244. United Healthgroup (X) | A | Dividend | J | T | Sold (part) | 01/08/13 | J | A | |
| 245. United Healthgroup (X) | | None | | | Buy (add'l) | 08/09/13 | J | | |
| 246. VF Corp (X) | A | Dividend | J | T | Sold (part) | 02/21/13 | J | A | |
| 247. Visa Inc (X) | A | Dividend | J | T | Sold (part) | 05/01/13 | J | A | |
| 248. Visa Inc (X) | | None | | | Buy | 08/01/13 | J | | |
| 249. Walt Disney (X) | A | Dividend | | | Sold | 08/22/13 | J | A | |
| 250. WW Grainger Inc (X) | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 251. WW Grainger Inc (X) | A | Dividend | J | T | Buy (add'l) | 05/24/13 | J | | |
| 252. Cash (ETRADE) (X) | A | Interest | O | T | | | | | |
| 253. Celgene NQSO Stock Options (X) | | None | P1 | T | Sold (part) | 12/23/13 | P1 | H1 | |
| 254. Celgene ISO Stock Options (X) | | None | M | T | Buy | 12/23/13 | M | | |
| 255. Celgene Restricted Stock (X) | | None | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Mary A. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Judge McLaughlin got married on May 11, 2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary A. McLaughlin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544